# IN THE SUPREME COURT OF THE STATE OF NEVADA

JULIE LACHELL HAMMER,
Appellant,
vs.
MARY JOHANNA RASMUSSEN,
Respondent.

No. 82976

**FILED**

JUN 22 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mathew Harter, District Judge
     Julie Lachell Hammer
     Jones & LoBello
     Eighth District Court Clerk

21-17873